August 21, 1981.

435 A.2d 920

Ambassador Insurance Co., Appellant v. Chakler, et al.

Argued January 26, 1981. Charles Jay Bogdanoff, for appellant; Joseph Fineman, for appellees.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order of April 24, 1980, is affirmed.

CAVANAUGH, J., filed a memorandum concurring statement.